Argued and submitted May 27, petition for judicial review dismissed August 3, 1988

MONTY J. BURBANK,
*Petitioner,*

*v.*

BOARD OF PAROLE,
*Respondent.*

(CA A43958)

758 P2d 418

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for petitioner.

No appearance for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

The parties agree that the matter for which petitioner seeks judicial review has been corrected by the Board of Parole and that the issues presented are moot.

Petition for judicial review dismissed.